IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTY WILLIS     PLAINTIFF

v.     CIVIL ACTION NO. 1:19-CV-00036-GHD-DAS

SEMINOLE FURNITURE, LLC,
ALAN WHITE FURNITURE MFG., INC., and
RICKY STROUPE     DEFENDANTS

## ORDER GRANTING DEFENDANT RICKY STROUPE'S MOTION FOR SUMMARY JUDGEMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that Defendant Ricky Stroupe's Motion for Summary Judgment [82] is GRANTED and the Plaintiff's claims against Stroupe are DISMISSED WITH PREJUDICE in their entirety.

SO ORDERED, this the 9th day of March, 2021.

SENIOR U.S. DISTRICT JUDGE